IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LENORE E. O'BRIEN,

                Plaintiff,

v.

UNITY HEALTH PLANS INSURANCE CORPORATION,

                Defendant.

ORDER REGARDING DEADLINES

15-cv-429-jdp

---

After trial to the court on December 14, 2016, I announced my findings of fact from the bench. I held, based on those findings, that defendant had committed a willful violation of the Equal Pay Act. Accordingly, plaintiff is entitled to the benefit of the extended three-year statute of limitations and liquidated damages in an amount equal to the pay disparity within the statute of limitations. I did not calculate the damages, but asked the parties to provide the court with the damages amount, which should not be in controversy in light of the court's decision. I also held that plaintiff, as a prevailing party under the Equal Pay Act, is entitled to her reasonable actual attorney fees. I asked that the parties attempt to agree on that amount. In the absence of agreement, plaintiff is to submit a supported motion for attorney fees following the guidance on the court's website.

Because I did not set deadlines for any of these submissions, I do so here. The parties should submit the agreed-upon damages amount no later than December 21, 2016. No later than January 6, 2017, the court should receive either the agreed-upon amount of plaintiff's attorney fees and costs, or plaintiff's supported fee petition and bill of costs.

ORDER

IT IS ORDERED that:

1. The parties will submit an agreed-upon damages amount no later than December 21, 2016.

2. The parties will submit an agreed-upon amount of plaintiff Lenore E. O'Brien's attorney fees and costs by January 6, 2017.

3. If the parties do not reach an agreement for plaintiff's attorney fees and costs, plaintiff will submit a petition for attorney fees and a bill of costs by January 6, 2017.

Entered December 16, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge